SEPT 17, 2018

BRIAN JOHNSON
# 33822-037        #1:98CR00283-001
FEDERAL CORRECTIONAL
INSTITUTION RAY BROOK
P.O. BOX 900
RAY BROOK, NY 12977



TO THE HONORABLE JUDGE LEONIE M. BRINKEMA

DEAR JUDGE BRINKEMA:
              YOUR HONOR IN JULY 1998 I
WAS INDICTED IN THE EASTERN
DISTRICT OF VIRGINIA ON A 7 COUNT
MONEY LAUNDERING CONSPIRACY. THEN
ONCE I WAS ARRESTED IN SEPTEMBER OF
1999 IN THE STATE OF BALTIMORE,
MARYLAND WHERE I RESIDED ON
UNRELATED CHARGES I LEARNED THAT
IT HAD BEEN A DETAINER LODGED
AGAINST ME THROUGH THE U.S. MARSHALS
SERVICE FOR THAT INDICTMENT IN
THE STATE OF VIRGINIA. FROM THAT
DATE UP UNTIL I SELFSURRENDERED
IN THE STATE OF VIRGINIA IN OCTOBER
1999 I REALLY COULDN'T UNDERSTAND WHAT

② 

WAS GOING ON. THEN LATER ON IN THAT SAME MONTH OF OCTOBER 1999 A SUPERSEDING INDICTMENT CAME DOWN DROPPING ONE OF THE MONEY LAUNDERING COUNTS AND ADDING A 50 GRAM OR MORE CRACK COCAINE CONSPIRACY COUNT. FROM THAT POINT I DIDN'T UNDERSTAND HOW THE ENTIRE INDICTMENT WAS POSSIBLE BEING I HAD NEVER BEEN LOCKED UP FOR ANY DRUGS IN MY LIFE. THE LAWYER I WAS APPOINTED COULDN'T EXPLAIN TO ME HOW NOR WHERE THE DRUG COUNT CAME FROM. ALL HE COULD TELL ME WAS IT'S A DRY CONSPIRACY. SO WITH THAT BEING THE UNDERSTANDING I PROCEEDED TO TRIAL. WHICH ON JANUARY 18, 2000 MY TRIAL STARTED IN FRONT OF YOU AND ON JANUARY 20, 2000 IT ENDED WITH ME BEING CONVICTED ON ALL 7 COUNTS OF THE INDICTMENT. FROM THAT DAY ON WHILE I WAS SITTING IN THE ALEXANDRIA DETENTION CENTER ALL I COULD DO WAS SAY TO MYSELF WAS HOW DID THIS HAPPEN. THEN ON APRIL 15, 2000

③

I THOUGHT TO WRITE YOU TO EXPLAIN ALL THE WRONG DOING FROM START TO WHEN I SAT DOWN IN ORDER TO WRITE YOU ABOUT THE PROSECUTION TEAM. WHEN I RECESVED A RESPONSE BACK FROM YOU ON APRIL 25, 2000 I HONESTLY THOUGHT YOU WERE GOING TO TAKE A SECOND LOOK AND CLEAR SOME THINGS UP. BUT INSTEAD YOUR ORDER GAVE TWO RESPONSES THAT I COULDN'T UNDERSTAND. THE FIRST BEING MY LETTER HAD BEEN CONSTRUED TO BE A MOTION FOR MISTRIAL AND DENIED. THEN THE SECOND PART STATED " DEFENDANT HAS BEEN FOUND GUILTY BY A JURY BASED ON WITNESS TESTIMONY THAT WAS WELL CORROBORATED BY DOCUMENTARY EVIDENCE". WHICH AT THAT TIME I KNEW WASN'T TRUE BUT I COULDN'T PROVE IT THEN. ON MAY 26, 2000 I WAS SENTENCED TO A LIFE SENTENCE AS A FIRST TIME OFFENDER FOR A NON-VIOLENT CRIME I KNEW I NEVER COMMITTED IN YOUR COURTROOM. I OBJECTED TO THE ENTIRE PRE-SENTENCE REPORT. UNTIL I WAS ABLE TO FULLY UNDERSTAND AND COMPREHEND GENERAL



EDUCATION WORK SKILLS ALONG WITH
CONSTITUTIONAL LAW I DIDN'T HAVE A
CLUE AS TO HOW TO GO ABOUT PROVING
I WAS INNOCENT. AS THE YEARS WENT
FROM HAVING GUYS HELP ME IN THE
LAW LIBRARY I BEGUN TO UNDERSTAND
VERY CLEARLY WHAT HAPPEN. I FIRST
STARTED THINKING BACK TO MY TRIAL
TRANSCRIPTS FAR AS RECALLING CERTAIN
THINGS. IT ALL STARTED WITH WHAT
YOU STATED DOING TRIAL WHEN YOU ASKED
THE PROSECUTOR IN "OPENING STATEMENTS"
PAGE 41 LINES 20-22 "SO A PORTION OF
THIS CONSPIRACY OVERLAPS WITH A
CONSPIRACY FOR WHICH THE DEFENDANT
HAS ALREADY BEEN FOUND GUILTY." HIS
RESPONSE DIDN'T ANSWER THE QUESTION
NOR DID THE ENTIRE STATEMENT MAKE
ANY SENSE. BEING I HAD NEVER BEEN
CONVICTED OF ANY CONSPIRACY BESIDES
THE "STATE" ONE OUT OF BALTIMORE,
COUNTY MARYLAND THAT HAD NOTHING TO
DO WITH VIRGINIA AT ALL. ESPECIALLY
BEING I HAD RECEIVED PROBATION FOR IT
IN JANUARY 1993 AND COMPLETED IN FULL

⑤

IN JANUARY 1995, ALONG WITH THE FACT THAT THE FIRST CAR PURCHASE THAT HAD ANYTHING TO DO WITH VIRGINIA HAPPEN IN MARCH 1993 HAVING NOTHING TO DO WITH THAT BALTIMORE CASE AT ALL. AFTER UNDERSTANDING ALL THAT AND GOING OVER YOUR ORDER FROM APRIL 25, 2000 ALONG WITH BEING ABLE TO COMPREHEND GENERAL CONSTITUTIONAL LAW IT BECAME TO BE VERY CLEAR THAT I DID IN FACT HAVE A WELL DOCUMENTED TRIAL. BUT THE ONLY THING IS IT WAS WELL DOCUMENTED BY WAY OF FABRICATION. IT'S BEEN AT LEAST 4 TIMES THAT I'VE SENT EVERY DOCUMENT TO PROVE MY ENTIRE CASE WAS FABRICATED BY THE PROSECUTION TEAM ALL TO HAVE EVERY MOTION DENIED. MY ENTIRE CASE FROM START TO FINISH HAS BEEN FABRICATED. THE INDICTMENT, TRIAL AND SENTENCING. I'VE BEEN INCARCERATED NOW FOR 19 YEARS FOR A CRIME THAT WAS FABRICATED AGAINST ME BY THE PROSECUTION FOR REASONS I HAVE NO CLUE AS TO WHY. MY RELEASE BACK INTO



SOCIETY IS WELL OVER DUE SO AT
THIS TIME I'M ASKING THIS ONE
PLEA. I'M PULLING AND TUGGING
ON YOUR ROBE IN A CRY FOR NOT ONLY
JUSTICE BUT ALSO A CRY TO BE SENT
BACK INTO SOCIETY TO BE WITH MY
FAMILY THAT I SHOULD NOT HAVE
EVER BEEN TAKEN AWAY FROM. SO
WITH THAT CRY HOPEFULLY BEING
HEARD AND UNDERSTOOD I ASK THIS
OF YOU. FOR A LETTER OF SUPPORT,
RECOMMENDATION AND ENCOURAGEMENT
TO BE SENT TO PRESIDENT TRUMP FROM
YOU ON THE BEHALF OF ME BEING
RELEASED THROUGH THE PARDON/
CLEMENCY PETITION I HAVE PENDING
SINCE JUNE 2016. CASE NUMBER
C271763.

SINCERELY YOURS,

BRIAN JOHNSON

RECEIVED

APR 21 2000

CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

11:00 pm
Sat. April 15TH 2000

Brian Johnson
Cell Block 1K06
2001 mill Road
Alex. Va. 22314

Dear Judge Brinkema,

   I'm writing you tonight with a great concern of mines, which I find it to be very disturbing to me. I was put in protected Custody by federal Agents Aghist my will, And was not Allowed in general population, but yet still a Inmate in my cell block can discuss my case with a federal Agent and tell me everything that going on with it. I have been wanting to know who my new Attorney was for two weeks, but now I hear from the Inmate that my new attorney is " JOE MacCarther ".

   I know that this is clearly wrong, because this should not happen. Not to mention what have already gone wrong with this case and the problems with my last Attorney. There have been so many lies told by so many people including federal Agents and witness, not to mention the continue of wrong doing by federal Agents until I really feel that it would only be fare to me to dismiss this Indictment agaist me. (move for mistrial) Please just look at the transcripts Concerning this case

Thank you
Brian Johnson

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

```
F I L E D
APR 25 2000
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA
```

UNITED STATES OF AMERICA,          )
                                   )
                                   )
v.                                 )     Criminal No. 98-283-A
                                   )
                                   )
BRIAN ANTWANINE JOHNSON,           )
  a/k/a "Fudd"                     )
                                   )
            Defendant.             )

### O R D E R

Defendant, acting pro se has filed a letter, received April 21, 2000, which we construe to be a Motion for a Mistrial, in which he asks the Court to dismiss the indictment because of lies and unspecified misconduct by federal agents.  He also expresses frustration over not having met with his newly appointed counsel.

Defendant's Motion for Mistrial is DENIED.  Neither of the above reasons is a proper basis upon which a mistrial can be granted.  Defendant has been found guilty by a jury based on witness testimony that was well corroborated by documentary evidence.  Defendant will have a right to appeal that decision after he has been sentenced.

The Clerk is directed to forward copies of this Order to defendant, pro se and counsel of record.

Entered this _25th_ day of April, 2000.

Leonie M. Brinkema
United States District Judge

Alexandria, Virginia

1          MR. KROMBERG:  To establish the fact that he, he did

2   it, he pled guilty to that case.

3          THE COURT:  No, no, no.  Why does the jury need to hear

4   that?  Isn't that just for the sentence enhancement?

5          MR. KROMBERG:  We need --

6          THE COURT:  What's the relevance of that conviction?

7          MR. KROMBERG:  That there was a conspiracy -- where the

8   agent -- the initial witness is going to testify that he

9   negotiated a crack cocaine deal with Ronald Robinson and Brian

10  Johnson at a certain location in 1992, and then we're going to

11  have another deal going on in that same location in 1995 with

12  Ronald Robinson and Brian Johnson.

13          We want to show that Brian Johnson admitted that he, in

14  fact, did conspire in 1992 with Ronald Robinson.  We want to show

15  that conspiracy, that same conspiracy occurred in 1995.

16          It's a -- the act of 1992 is an overt act in the

17  indictment that we have to prove, and the best way of proving

18  that is that Brian Johnson admitted it by pleading guilty, and

19  that's all we want to get out of Government Exhibit 1.

20          THE COURT:  So a portion of this conspiracy overlaps

21  with a conspiracy for which this defendant has already been found

22  guilty?

23          MR. KROMBERG:  The state charge in 1992 involved one

24  incident of selling to one undercover officer, and he pled guilty

25  to conspiracy to distribute drugs in 1992 involving that one

1    incident. We want to show that that conspiracy with Robinson

2    carried up until at least 1995 and we think 1997.

3            THE COURT: What other evidence do you have of

4    involvement between this defendant and Robinson?

5            MR. KROMBERG: In 1995, Ivan Burrell, who you heard

6    about before, set up an undercover -- at the behest of the ATF,

7    set up an undercover deal buying drugs from David Davis. David

8    Davis said that he had to get his -- he would check with his

9    supplier, who was his cousin, which we know to be Brian Johnson.

10           The ATF was watching the deal when Brian Johnson and

11   Ronald Robinson came to meet David Davis and Ivan Burrell at the

12   same address on Allendale Road in Baltimore as the deal was

13   discussed in 1992.

14           The deal in 1995 did not ultimately happen, because

15   David Davis had to go meet his probation officer before the

16   undercover officer got there, but Ivan Burrell was there, and the

17   ATF was watching him there, and they had discussions there about

18   Brian Johnson -- Ivan Burrell spoke with Brian Johnson about the

19   deal. Brian Johnson said, "I'm not doing the deal until David

20   Davis gets back," and then the deal did not, in fact, occur.

21           But that is the independent evidence of Brian Johnson

22   and Ronald Robinson. We will hear from the drug witnesses that

23   Ronald Robinson and Brian Johnson, among other people, were

24   involved in business together, but as far as non-drug --

25   non-co-conspirator witnesses, that's the evidence of the 1995 ATF

BALTIMORE COUNTY
POLICE DEPARTMENT · FORM 10 · CRIME REPORT

| DN | C.C. | C.C. NUMBER |
|---|---|---|
| Vio 03 | 92-185-0133 |

| 4. OFFENSE/INCIDENT | 5. LOCATION | 6. TYPE OF PREMISE |
|---|---|---|
| Narcotic Viol. | 1721 Reisterstown Rd 21208 | Hotel |

| 7. TIME OCCURRED | | | | 8. DATE | 9. TIME REPORTED | | | 10. DATE |
|---|---|---|---|---|---|---|---|---|
| M 7 3 92 | 0035½ FRI | 7 3 92 | 8200 FRI |

| 9. VICTIM'S (FIRM) NAME (LAST, FIRST, MIDDLE) | 10. VICTIM'S (FIRM) ADDRESS | CITY-STATE-ZIP |
|---|---|---|
| Balto Co. Police Dept. | 400 Kenilworth Dr. 21204 | |

| 11. VICTIM EMPLOYER/SCHOOL | 12. OCCUPATION - HOURS | 13. SEX | 14. RESIDENCE PHONE | 15. BUSINESS PHONE | 16. NO. OF VICTIMS |
|---|---|---|---|---|---|
| ~/A | ~/A | Sur | ~/A | 887-000 | 1 |

| 17. NATURE OF INJURY(S) | CONDITION | 18. FORCE/WEAPON USED | 19. VICTIM HOSPITALIZED - WHERE? | PHYSICIAN |
|---|---|---|---|---|

| 20. CID INVESTIGATOR | 21. MEDICAL EXAMINER | 22. PROPERTY DISPOSITION | 23. BODY DISPOSITION |
|---|---|---|---|

## 24. INVESTIGATIVE INTERVIEWS:
INTERVIEWS CONDUCTED? YES ☐ NO ☐ IF NO, EXPLAIN BLOCK #56
W - WITNESS, V - VICTIM, C - COMPLAINANT, P - PARENT, G - GUARDIAN, I - INTERVIEWED

| NAME | SEX-RACE-AGE | ADDRESS | RESIDENCE PHONE | BUSINESS PHONE | FACTOR(S) | RELATION |
|---|---|---|---|---|---|---|
| Bowsall, Don J #1204 | MW-39 | Hdqrs-UNS 21204 | N/A | 887-000 | A | C |

## SUSPECT(S)

| 25-1. SUSPECT ONE: ARRESTED | YES ☐ NO ☒ | WEAPON-DESCRIPTION N/A | 25-2. SUSPECT TWO: ARRESTED | YES ☐ NO ☒ | WEAPON-DESCRIPTION N/A |
|---|---|---|---|---|---|
| NAME (LAST, FIRST, MIDDLE) Johnson, Brian Antwine | ALIAS | | NAME (LAST, FIRST, MIDDLE) Robinson, Ronald Raymond | ALIAS | |
| ADDRESS 6-F Rambling Oak Way 21228 | PHONE | | ADDRESS 9318 Allendale Rd 21216 | PHONE | |
| SEX M | RACE N | DOB OR AGE 9/16/71 | HT 5-6 | EYES Ben | COMP 145 | HAIR & STYLE MED | Blk-Short | SEX M | RACE N | DOB OR AGE 11/28/73 | HT 56 | WT 170 | EYES Brn | COMP MED | HAIR & STYLE Blk-MED |
| CLOTHING - CHARACTERISTICS Blue-green shirt blue shorts | | | CLOTHING - CHARACTERISTICS Black tank top blue shorts | | |
| MISCELLANEOUS Arr# 92-9517    No relation | | | MISCELLANEOUS Arr# 92-9518    no relation | | |

## SUSPECT VEHICLE

| 26. VEHICLE | 27. YEAR | 28. MAKE | 29. MODEL | 30. STYLE | 31. COLOR (TOP/BOTTOM) | 32. EQUIPMENT - CHARACTERISTICS |
|---|---|---|---|---|---|---|
| · SUSPECT ☐ | 33. VIN: | | | | 34. REGISTRATION STATE YEAR TAG INFORMATION | 35. ☐ LOST ☐ STOLEN |
| · TARGET ☐ | 36. METHOD OF THEFT/EVIDENCE OF TAMPERING | | | | | 37. VEH. OWNER 38. LOSS VALUE |
| · STOLEN ☐ | 39. LOCATION OF RECOVERY | | | PC. | 40. RECOVERY BY: | 41. RECOVERY VALUE |
| · RECOVERY ☐ | | | | | | |
| · OTHER ☐ | 42. TOW CO./STORAGE LOCATION | | | DATE-TIME-DRIVER | 43. VEH. PROCESSED | 44. VEHICLE HELD | 45. TELETYPE NUMBER |

## 46. CRIME SCENE TECHNICAL WORK:   NONE ☒   CRIME LAB ☐   FIELD ☐   TYPE:

## PHYSICAL EVIDENCE

| 47. POINT OF ENTRY | 48. DIRECTION - MEANS OF TRAVEL | 49. PROPERTY DESTROYED | 50. LOSS VALUE |
|---|---|---|---|
| 51. TOOLS - MEANS USED (BE SPECIFIC) | | 53. SECURITY SURVEY INFORMATION: REQUIRED ☐   COMPLETED ☐   REFUSED ☐   OTHER ☐ |

## STOLEN PROPERTY

| 53. ITEMS | PROPERTY TAKEN | BRAND-DESCRIPTION - MODEL, SIZE, ETC. | LOCATION | MODEL | SERIAL | NUMBER | VALUE |
|---|---|---|---|---|---|---|---|

## 54. ARE SIMILAR CRIME/SUSPECT ACTION(S) KNOWN?   YES ☐ NO ☒   IF YES, LIST C.C. NUMBER   55. TOTAL LOSS VALUE:

## IS ANY FORM REQUIRED

| 56.1 PROSECUTION   YES ☐ NO ☐ | WARRANT/SUMMONS PROCEDURE EXPLAINED   YES ☐ NO ☐ |
|---|---|
| PROPERTY: FOUND/RECOVERED   POSSE SYSTEM SEARCH ☐ YES ☐ NO | FOLLOW-UP SEARCH REQ'D ☐ YES ☐ NO |

56. MISCELLANEOUS (CONTINUATION, CLARIFICATION, AND ANY PERTINENT DATA NOT CONTAINED ABOVE)
On 7/3/92 at approximately 0035 hrs the undersigned was working
in an undercover capacity and was accompanied
by Narcotics reliable informant

| 57. CASE ASSIGNMENT | 58. CASE STATUS |
|---|---|
| | OPEN ☐ |
| 58. TOTAL SCREENING FACTORS | EX. CLEAR ☒ |
| | SUSP. ☐ |
| | CLOSED ☐ |

| 60. PREPARED BY | ID NO | 61. APPROVAL - INVESTIGATION COMPLETE | YES ☒ NO ☐ | 62. DATE |
|---|---|---|---|---|
| DoP Bowsall 1234 | Cdr. R. Lipp C/S | | 7-3-92 |

| CONT. NO. | JAV | 63. INVESTIGATING OFFICER | ID NO | | | |
|---|---|---|---|---|---|---|
| DISTRICT 1 | (4) | DoP Bowsall 1234 | | | |
| Other | Lead # 1 | | | | |

| 64. REPORT REVIEW | 65. REPORTING AREA | 66. REC'D. CENT. REC'D | 67. TELETYPE NUMBER |
|---|---|---|---|
| | 1038 | JUL 15 1998 | |

REV. 12/88    CCU-1

RFR 7/0

C.C. NUMBER 92-185-0133

**BALTIMORE COUNTY POLICE DEPARTMENT · FORM 11 · SUPPLEMENT**

| 1a DIV. | 2a PC | 3a C.C NUMBER |
|---|---|---|
| VNS | 03 | 92-185-0733 |

| 4a OFFENSE/INCIDENT | 5a RCJ/WRTBY NAME | 5b FIRST, MIDDLE |
|---|---|---|
| Narcotic Viol. | Balto Co Police Dept | |

| 5c DATE-ORIGINAL REPORT |
|---|
| 5-3-92 |

**7a SUPPLEMENT STATUS:** CONT. ☐   FOLLOW-UP ☐   8a F. MULTIPLE CLEARANCE, LIST C.C. NUMBERS

**NARRATIVE:** DO NOT REPEAT RESULTS OF PRELIMINARY INVESTIGATION. CLARIFY DATA, SCREENING FACTORS, PROBABLE CAUSE, ETC. ENTER ANY ADDITIONAL INFORMATION. DO NOT SUMMARIZE UNLESS NECESSARY.

| 9a PAGE NO. | 10a ARREST DATA |
|---|---|
| 5 | NAME (LAST, FIRST, MIDDLE) D.O.B  BCI NUMBER, ARREST NUMBER, MISC INFO |

**11a BLOCK NO. 56 / 12a**

suspects had the substance NRT 1612 would then Exit the room and Knock on the door of room 135 signaling the awaiting officers and the arrest would be made.

At approx 2310 hrs NRT 1612 recontacted the suspects via pager and phone and then advised they would arrive in a short while via a cab.

Between 2310 hrs and 0015 hrs NRT 1612 had 3 or 4 more telephone contacts with the suspects at the direction of Cpl. Lisko and they advised they were having transportation difficulties but would arrive soon.

At approximately 0030 hrs the undersigned who was on surveillance at the Hilton Inn observed the suspects walking across the front lot of the Holiday Inn and they subsequently entered room 137.

At that time NRT 1612 spoke with the suspects and Robinson pulled a clear baggie from his pants containing a white rocklike substance NRT 1612 recognized to be cocaine based on his prior knowledge and experience. Johnson advised NRT 1612 the cocaine was over 3 ounces and was about 112 grams. NRT 1612 told the suspects he had to go get the money and started to Exit the room. At that time NRT 1612 observed Johnson take the cocaine into his hands inspecting the package.

NRT 1612 then exited the room and knocked the door to room 135 signaling the cocaine was present. The undersigned came on foot to the rear parking lot and observed that the suspects had exited room 137 and were standing outside.

| SCREENING FACTORS REVISED TOTAL | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 13a INITIAL | 12 | 2 | 2 | 0 | 0 | 0 |
| REVISED | | | | | | |

| 14a CASE CONTINUANCE | 15a CASE STATUS |
|---|---|
| 15b TOTAL FACTORS | OPEN ☐  EX. CLEAR ☒  SUSP. ☐  CLOSED ☐ |

| 17a DIVISION | 18a INVESTIGATING OFFICER | I.D. | 19a APPROVAL | 20a DATE |
|---|---|---|---|---|
| Cont. Rec. ___  Decrsing ___  Other ___ ④ | Rob Bansoll | 1741 | Cpl. R. Lisko | 2915 | 7-8-92 |

21a REPORT MONEY 1031   22a REPORTING AREA   23a TELETYPE NUMBER

16a C.C. NUMBER  92-185-0733

BALTIMORE COUNTY
POLICE DEPARTMENT · **FORM 11 · SUPPLEMENT**

| | | 1a DIV. | 2a PC. | 3a C.C. NUMBER |
|---|---|---|---|---|
| | | VUS | 63 | 72-185-0133 |

| 4a. OFFENSE/INCIDENT | 5a VICTIM/FIRM'S NAME | LAST / FIRST, MIDDLE | 6a DATE ORIGINAL REPORT |
|---|---|---|---|
| Narcotics Viol. | Balto Co Police Dept | | 7-3-92 |

| 7a SUPPLEMENT STATUS: | CONT. ☒ | FOLLOW-UP ☐ | 8a IN MULTIPLE CLEARANCE LIST C.C. NUMBERS |
|---|---|---|---|

**NARRATIVE:** DO NOT REPEAT RESULTS OF PRELIMINARY INVESTIGATION. CLARIFY DATA, SCREENING FACTORS, PROBABLE CAUSE, ETC. ENTER ANY ADDITIONAL INFORMATION. DO NOT SUMMARIZE UNLESS NECESSARY

| 9a PAGE NO. | 10a ARREST DATA | NAME (LAST, FIRST, MIDDLE) D.O.B. |
|---|---|---|
| 4 | | BCI NUMBER  ARREST NUMBER  MISC. INFO |

| 11a BLOCK NO. | 12a |
|---|---|
| 5C | I then shouted "Police Freeze". The undersigned had my weapon drawn and had on my issued uniform windbreaker. At that time Johnson fled on foot through the Motel corridor.

The undersigned pursued him on foot but I fell to the ground as we ran towards the Amoco Station on Rt 140.

Johnson ran along a wooded area behind the Amoco then into a wooded area behind the Shell Station. Finally he was taken into custody on the west side of Rt 140 approximately 1/4 mile from the motel.

The undersigned and other officers attempted to try to find the baggie NRI 162 had seen Johnson holding but were unable to locate it due to the density of the foiliage. A search of Johnson revealed no baggie but he had in his possession a pager and $186.00 in currency.

Upon being asked in a post Miranda statement why he ran Johnson stated he thought I was trying to rob him for "the stuff" He stated he had arrive in a cab with Robinson but they were there to talk about a car.

The subjects were transported to PC3 and polaroid photos taken and they were released pending further investigation.

Officers present: Cpl. R. Lisko, Det A Powers, Cpl Brewer Det A Meyer, OFF Wensel (PC3) PC3 SEU |

| SCREENING FACTORS REVISED TOTAL | 13a | A | B | C | D | E | F | G | 14a CASE CONTINUANCE | 15a CASE STATUS | 7a C.C. NUMBER |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | INITIAL | 12 | 0 | 0 | 0 | 0 | 0 | 0 | | OPEN ☐ | 92-185-0133 |
| | REVISED | | | | | | | | 18b TOTAL FACTORS | EX CLEAR ☒ | |
| | | | | | | | | | | SUSP. ☐ | |
| | | | | | | | | | | CLOSED ☐ | |

| 17a DISPOSED: | 18a INVESTIGATING OFFICER | I.D. | 19a APPROVAL | 20a DATE |
|---|---|---|---|---|
| Cont. Rec. | Rod Bowsall  1724 | | Cpl R. Lisko 2915 | 7-6-92 |
| Detective | ④ | 21a REPORT REVIEW | 22a REPORTING AREA | 24a TELETYPE NUMBER |
| Other | | 1035 | JUL - 3 1992 | |

BALTIMORE COUNTY
POLICE DEPARTMENT · FORM 11 · SUPPLEMENT

| | 1a. DIV. | 2a. PC. | 3a. C.C. NUMBER |
|---|---|---|---|
| | VWS | 03 | 92-185-0133 |

4. OFFENSE/INCIDENT
Narcotic Viol.

5a. VICTIM/FIRM NAME   LAST, FIRST, MIDDLE
Balto. Co. Police Dept.

6a. DATE ORIGINAL REPORT
7-3-92

7a. SUPPLEMENT STATUS: CONT. ☐   FOLLOW-UP ☑   8a. IF MULTIPLE CLEARANCE LIST C.C. NUMBERS

NARRATIVE: DO NOT REPEAT RESULTS OF PRELIMINARY INVESTIGATION CLARIFY DATA SCREENING FACTORS PROBABLE CAUSE, ETC. ENTER ANY ADDITIONAL INFORMATION
DO NOT SUMMARIZE UNLESS NECESSARY.

9a. PAGE NO. 5

10a. ARREST DATA   NAME (LAST, FIRST, MIDDLE) D.O.B
BCI NUMBER, ARREST NUMBER, MISC. INFO.

11a. BLOCK NO. 56   12a.

During the initial conversation in front of 2318 Allevato Rd
both Johnson and Robinson first spoke with NRT 1612 who told them
I was interested in purchasing 3 ounces of cocaine. When I enter
the conversation I told Johnson and Robinson I wanted 3 ounces
and asked if the price would be $4200.00 as NRT 1612 had
told me. Johnson advised it would be that price and I
told them I wanted rock (crack) and Robinson said that
was no problem with Johnson adding "I would like it"

When Johnson and Robinson arrived at the Holiday Inn
they entered the room and spoke with NRT 1612 Robinson
produced the baggie of cocaine from his pants. Johnson
then asked NRT 1612 if he had a scale because the
bag contained about 112 grams or more than the
3 ounces agreed upon. NRT 1612 told him he didn't
have a scale and asked how much it would be and
Johnson stated $4800.00. NRT 1612 agreed to the
price and stated he had to go to another room to
get the cash. At that time NRT 1612 observed
Johnson take the baggie from Robinson as he started
to walk out the door.

| | 13a. | A | B | C | D | E | F | 14a. CASE CONTINUANCE | | 15a. CASE STATUS | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| SCREENING FACTORS REVISED TOTAL | INITIAL | 12 | 0 | 0 | 0 | 0 | 0 | | | OPEN ☐ | |
| | REVISED | | | | | | | TOTAL FACTORS | | EX. CLEAR ☒ | |
| | | | | | | | | 16a. | | SUSP. ☐ | |
| | | | | | | | | | | CLOSED ☐ | |

17a. DISTRIBUTION
Conf. Rec.  ___
Detective  ___
Other  PC

18a. INVESTIGATING OFFICER   I.D.   19a. APPROVAL   20a. DATE
Det. J Barsall  1724   Det. H Barsall  1704   7-20-92

21a. REPORT REVIEW   22a. REPORTING AREA   23a. RECVD - CONT. REC.   24a. TELETYPE NUMBER
2712

JUL 21 1992

21c. C.C. NUMBER
92-185-0133

2

BALTIMORE COUNTY POLICE
ARREST REPORT   Form #166

| 1. Defendant's Name (Last, First, Middle) | 2. D.O.B. | 3. B.C.I. No. |
|---|---|---|
| Robinson Donald Raymond | 11/28/72 | N/A |

| 4. Sex | 5. Race | 6. Place of Birth | 7. Defendant's Address | 8. Arrest No. |
|---|---|---|---|---|
| M | B | Balt | 2318 Allendale Rd 21216 | 92-9518 |

| 9. Age | 10. Ht. | 11. Wgt. | 12. Build | 13. Hair | 14. Eyes | 15. Scars/Marks | 16. Teeth | 17. Speech | 18. Mustache, Beard, Etc. | 19. Amp./Deform. |
|---|---|---|---|---|---|---|---|---|---|---|
| 19 | 5 6 | 170 | LG | BR | BR | N/A | Good | Good | | N/A |

| 20. Occupation | 21. Place of Employment/School and Address | 22. Home Phone | 23. | 24. Alias |
|---|---|---|---|---|
| N A | N A | 367-2566 | | N/A |
| | | 21. Work Phone | N/A | |

| 25. Date of Arrest | 26. Time | 27. Location of Arrest (Address) | 28. Describe Type of Premises |
|---|---|---|---|
| Day Mo. Day Yr. Fri 7-3-92 | 0035 | 1721 Reisterstown Rd. | Motel Lot |

| 29. Arresting/Accepting Off. | I.D. No. | 30. Div./Pct. | 31. C. R. | Date Mo. Day Yr. | 32. Time | 33. Person Contacted-Rec. Sect. | 34. Transport Officer |
|---|---|---|---|---|---|---|---|
| Det Boxsall | 1724 | VNS/03 | | 7-3-92 | 0200 | Mr Fowler | Off. Weisel |

| 35. Date Booked | 36. Time Booked | 37. Booking Officer | I.D. No. | 38. Div./Pct. | 39. Searched By | I.D. No. |
|---|---|---|---|---|---|---|
| Mo. Day Yr. 7-3-92 | 0200 | Det Boxsall | 1724 | VNS/03 | Det Boxsall | 1724 |

| 39.1 SBR | 40. Drug Information | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 56 | A. ☑ User | A. ☐ | Dangerous Drugs | A. ☑ | Narcotics | A. ☐ | Hallucinogens | A. ☐ Marijuana |
| | B. ☑ Seller | B. ☐ | | B. ☐ | | B. ☐ | | B. ☐ |

DEFENDANT'S VEHICLE INFORMATION   | 41. Sounders No. R-152-744-730-908 | 42. Social Security No. UNC |

| 43. Make | 44. Model | 45. Year | 46. Color(s) | 47. V.I.N. | 48. License No. | State | Year |
|---|---|---|---|---|---|---|---|

49. Towed. (Name of Company, Address, Driver, Date and Time)   | 49a. T.T. Number | 49b. T.T. Cancelled  Yes ☐  None ☑ |

| 50. Previous Arrest | 51. For Same Offense | 52. For Other Offense | 53. Escapes |
|---|---|---|---|
| Yes ☐  No ☐ | Balto. Co. ☐  Other Jur. ☐ | Balto. Co. ☐  Other Jur. ☐ | Yes ☐  No ☐ |

| 54. Presently on Parole/Probation | 55. Previous Conviction | 56. Right Index |
|---|---|---|
| Yes ☐  No ☐ | Yes ☐  No ☐ | |

| Item No. | 57. Narrative |
|---|---|
| 57a | written in error |

Print Cards Submitted  ☐ Yes  ☑ No

| 58. Name of Officer Present During Processing | 58.1 Strip Search | Photographed |
|---|---|---|
| Det Boxsall | Yes ☐  No ☑ | ☑ Yes  ☐ No |

| 59. Data Processing Use Only | COURT INFORMATION |
|---|---|

| 60. CHARGE: Article/Section | 61. Warrant/Summons Citation Number Statement of Charges | 62. C C Number | 63. Div. Pct. | 64. Records Section Use |
|---|---|---|---|---|
| 27/290 Conspiracy to Dist Cocaine | Released w/o charge | 92-185-0133 | VNS | |

| 65. Victim's Name | A ☐ | 65.1 Off. Obtaining Trial Date | I.D. No. | 65.2 For Other Off. | I.D. No. |
|---|---|---|---|---|---|
| KALCPAD t I ☐ | | N/a | | N/a | |

| 65.3 Comm. Contacted Date Time | 65.4 Two Optional Trial Dates | 65.5 Off. Present During Bail Hearing | I.D. No. |
|---|---|---|---|
| N/a | N/a | N/a | |

| 66. Bail Hearing | 67. Before Commissioner Name | 68. Date | 69. Time | 70. Court Location | 9 2 |
|---|---|---|---|---|---|
| Yes ☐  No ☑ | N/a | | | | |

| 71. Court Case No. | 72. Bail Amount | 73. Trial Date | Mo. Day Year | Time | 74. Trial Location | 1 8 5 |
|---|---|---|---|---|---|---|
| | | | N/A | | | |

| 75. Status of Defendant |
|---|
| ☐ To Jail  ☐ Released on Bail  ☐ Released on Own Recognizance  ☑ Released Without Charge |
| ☐ Arrested for Other Agency - Name of Agency ___  ☐ Other (Explain) |

| 76. Distribution: Legal | Approved By | I.D. No. | 78. Div./Pct. | 79. Date Submitted | 80. Status | 0 1 |
|---|---|---|---|---|---|---|
| Data Process C.I.D. 92 3-1 Well RLB-1 Alex CCU-1 | Cpl R Lisko | 1915 | VNS/03 | 7-8-92 | ☑ Closed  ☐ Open | 3 |

| 81. Report Review | 82. Reporting Area | 83. Received Records Section | 3 |
|---|---|---|---|
| 1035 | JUL 3 1992 | | |

Rev 10/86

**BALTIMORE COUNTY POLICE ARREST REPORT**   Form #166

| 1. Defendant's Name (Last, First, Middle) | 2. D.O.B. | 3. B.C.I. No. |
|---|---|---|
| Johnson, Brian Antwaine | 9-16-71 | N/A |

| 4. Sex | 5. Race | 6. Place of Birth | 7. Defendant's Address | 8. Arrest No. |
|---|---|---|---|---|
| M | B | Balt | 6 Grambling Oak Way #F   21228 | 92-9517 |

| 9. Age | 10. Ht. | 11. Wgt. | 12. Build | 13. Hair | 14. Eyes | 15. Scars/Marks | 16. Teeth | 17. Speech | 18. Mustache, Beard, Etc. | 19. Amp./Deform. |
|---|---|---|---|---|---|---|---|---|---|---|
| 20 | 56 | 145 | Med | BR | BR | ~/A | Good | Good | ~/A | ~/A |

| 20. Occupation | 21. Place of Employment/School and Address | 22. Home Phone | 24. Alias |
|---|---|---|---|
| N/A | N/A | 719-7440 | ~/A |
| | | 23. Work Phone ~/A | |

| 25. Date of Arrest Day - Mo. Day Yr. | 26. Time | 27. Location of Arrest (Address) | 28. Describe Type of Premises |
|---|---|---|---|
| Fri 7-3-92 | 0035 | 4140 Naylors Ln  2208 | Public Street |

| 29. Arresting/Accepting Off. | I.D. No. | 30. Div./Pct. | 31. Court A. Mo. Day Yr. R. | 32. Time | 33. Person Contacted–Rec. Sect. | 34. Transport Officer |
|---|---|---|---|---|---|---|
| Det Bowsell | 1704 | VNS/03 | 7-3-92 | 0200 | Ms. Fowler | Off. Wenzel |

| 35. Date Booked Mo. Day Yr. | 36. Time Booked | 37. Booking Officer | I.D. No. | 38. Div./Pct. | 39. Searched By | I.D. No. |
|---|---|---|---|---|---|---|
| 7-3-92 | 0200 | Det Bowsell | 1704 | VNS/03 | Det Bowsell | 1704 |

| 39.1 SBR | 40. Drug Information |
|---|---|
| Sbr | A. ☑ User   B. ☐ Seller |

| | A. ☐ Dangerous Drugs | A. ☑ Narcotics | A. ☐ Hallucinogens | A. ☐ Marijuana |
|---|---|---|---|---|
| | B. ☐ | B. ☐ | B. ☐ | B. ☐ |

| 41. Soundex No. | 42. Social Security No. |
|---|---|
| J-C5-098-067-719 | Unk |

**DEFENDANT'S VEHICLE INFORMATION**

| 43. Make | 44. Model | 45. Year | 46. Color(s) | 47. V.I.N. | 48. License No. | State | Year |
|---|---|---|---|---|---|---|---|

| 49. Towed. (Name of Company, Address, Driver, Date and Time) | 49a. T.T. Number | 49b. T.T. Cancelled Yes ☐ None ☐ |
|---|---|---|

| 50. Previous Arrest Yes ☐ No ☐ | 51. For Same Offense Balto. Co. ☐ Other Jur. ☐ | 52. For Other Offense Balto. Co. ☐ Other Jur. ☐ | 53. Escapee Yes ☐ No ☐ |
|---|---|---|---|

| 54. Presently on Parole/Probation Yes ☐ No ☐ | 55. Previous Conviction Yes ☐ No ☐ | 56. Right Index |
|---|---|---|

| Item No. | 57. Narrative |
|---|---|
| 56 | Omitted in error |

Print Cards Submitted ☐ Yes ☑ No

| 58. Name of Officer Present During Processing | 58.1 Strip Search Yes ☐ No ☑ | Photographed ☐ Yes ☑ No |
|---|---|---|
| Det Bowsell 1704 | | |

**59. Data Processing Use Only**   COURT INFORMATION

| 60. CHARGE: Article/Section | 61. Warrant/Summons Citation Number Statement of Charges | 62. C C Number | 63. Div. Pct. | 64. Records Section Use |
|---|---|---|---|---|
| 27/290 Conspires to Dist Cocaine | Release w/o Charge | 92-185-0133 | VNS/03 | |

| 65. Victim's Name | A ☐ | 65.1 Off. Obtaining Trial Date | I.D. No. | 65.2 For Other Off. | I.D. No. |
|---|---|---|---|---|---|
| Balto Co Police Dept ☐ | | ~/A | | ~/A | |

| 65.3 Comm. Contacted Date Time | 65.4 Two Optional Trial Dates | 65.5 Off. Present During Bail Hearing | I.D. No. |
|---|---|---|---|
| ~/A | ~ | A | |

| 66. Bail Hearing Yes ☐ No ☑ | 67. Before Commissioner Name | 68. Date | 69. Time | 70. Court Location |
|---|---|---|---|---|

| 71. Court Case No. | 72. Bail Amount | 73. Trial Date Mo. Day Year | Time | 74. Trial Location |
|---|---|---|---|---|

**75. Status of Defendant**
☐ To Jail   ☐ Released on Bail   ☐ Released on Own Recognizance   ☑ Released Without Charge
☐ Arrested for Other Agency - Name of Agency ____   ☐ Other (Explain)

| 76. Distribution: Legal / Info Proc 44 | I.D. No. | 78. Div./Pct. | 79. Date Submitted | 80. Status |
|---|---|---|---|---|
| I.D. 1704-1   Intell 1704-1 Other | Sgt. R Lisko 2915 | VNS/03 | 7-3-92 | ☑ Closed ☐ Open |

| 81. Report Review | 82. Reporting Area | 83. Received Records Section |
|---|---|---|
| 1035 | | JUL |

9 2 1 8 5 0 1 3 3   Records Section

SEP 12 '92 FRI 14:37 WASH/BALT-MIDIA TEL-NO: SOME

**BALTIMORE COUNTY POLICE ARREST REPORT Form #166**

| 1. Defendant's Name (Last, First, Middle) | 2. D.O.B. | 3. B.C.I. No. |
|---|---|---|
| Johnson, Brian Antwanine | 9-16-71 | N/A |

| 4. Sex | 5. Race | 6. Place of Birth | 7. Defendant's Address | 8. Arrest No. |
|---|---|---|---|---|
| M | B | Balt | Grambling Oak Way #F 21228 | 92-9517 |

| 9. Age | 10. Ht. | 11. Wgt. | 12. Build | 13. Hair | 14. Eyes | 15. Scars/Marks | 16. Teeth | 17. Speech | 18. Mustache, Beard, Etc. | 19. Amp./Deform. |
|---|---|---|---|---|---|---|---|---|---|---|
| 20 | 5'6 | 145 | Med | Br | Br | N/A | Good | Good | N/A | N/A |

| 20. Occupation | 21. Place of Employment/School and Address | 22. Home Phone | 24. Alias |
|---|---|---|---|
| N/A | N/A | 719-7440 | N/A |
| | 23. Work Phone N/A | | |

| 25. Date of Arrest | 26. Time | 27. Location of Arrest (Address) | 28. Describe Type of Premises |
|---|---|---|---|
| Day—Mo. Day Yr. Fri 7-3-92 | 0035 | At 1404 Naylan Co 21208 | Public Street |

| 29. Arresting/Accepting Off. | I.D. No. | 30. Div./Pct. | 31. C. R. Date A. Mo. Day Yr. | 32. Time | 33. Person Contacted—Rec. Sect. | 34. Transport Officer |
|---|---|---|---|---|---|---|
| Det Bonsall | 1704 | VNS/03 | 7-3-92 | 0200 | Ms. Fowler | Off. Weusel |

| 35. Date Booked | 36. Time Booked | 37. Booking Officer | I.D. No. | 38. Div./Pct. | 39. Searched By | I.D. No. |
|---|---|---|---|---|---|---|
| Mo. Day Yr. 7-3-92 | 0200 | Det Bonsall | 1704 | VNS/03 | Det Bonsall | 1704 |

**39.1 SBR** Shr. **40. Drug Information**

| A. ☑ User | A. ☐ Dangerous Drugs | A. ☑ Narcotics | A. ☐ Hallucinogens | A. ☐ Marijuana |
|---|---|---|---|---|
| B. ☐ Seller | B. ☐ | B. ☐ | B. ☐ | B. ☐ |

**DEFENDANT'S VEHICLE INFORMATION**

| 41. Soundex No. J-525-098-067-719 | 42. Social Security No. Unk |
|---|---|

| 43. Make | 44. Model | 45. Year | 46. Color(s) | 47. V.I.N. | 48. License No. | State | Year |
|---|---|---|---|---|---|---|---|

| 49. Towed. (Name of Company, Address, Driver, Date and Time) | 49a. T.T. Number | 49b. T.T. Cancelled Yes ☐ None ☐ |
|---|---|---|

| 50. Previous Arrest | 51. For Same Offense | 52. For Other Offense | 53. Escapee |
|---|---|---|---|
| Yes ☐ No ☐ | Balto. Co. ☐ Other Jur. ☐ | Balto. Co. ☐ Other Jur. ☐ | Yes ☐ No ☐ |

| 54. Presently on Parole/Probation | 55. Previous Conviction | 56. Right Index |
|---|---|---|
| Yes ☐ No ☐ | Yes ☐ No ☐ | |

**Item 157. Narrative**
No.

56 On Heo in error

| 57. Print Cards Submitted | Yes ☐ No ☑ |
|---|---|

| 58. Name of Officer Present During Processing Det Bonsall 1704 | 58.1 Strip Search Yes ☐ No ☑ | Photographed Yes ☐ No ☑ |
|---|---|---|

**59. Data Processing Use Only**

OFFICIAL COURT INFORMATION
MAY BE... COURT

| 60. CHARGE: Article/Section | 61. Warrant/Summons/Citation Number/Statement of Charge | 62. CC O Number | 63. Div. Pct. | 64. Records Section Use |
|---|---|---|---|---|
| 27/290 Conspiracy to Dist Cocaine | Release w/o Charge | 92-185-0133 | VNS/03 | |

| 65. Victim's Name Balto Co Police Dept | A ☐ | 65.1 Off. Obtaining Trial Date N/A | I.D. No. | 65.2 For Other Off. N/A | I.D. No. |
|---|---|---|---|---|---|

| 65.3 Comm. Contacted Date Time N/A | 65.4 Two Optional Trial Dates N | 65.5 Off. Present During Bail Hearing N/A | I.D. No. |
|---|---|---|---|

| 66. Bail Hearing Yes ☐ No ☑ | 67. Before Commissioner Name N | 68. Date N | 69. Time N | 70. Court Location N/A |
|---|---|---|---|---|

| 71. Court Case No. | 72. Bail Amount | 73. Trial Date Mo. Day Year | Time | 74. Trial Location N/A |
|---|---|---|---|---|

**75. Status of Defendant**
☐ To Jail  ☐ Released on Bail  ☐ Released on Own Recognizance  ☑ Released Without Charge
☐ Arrested for Other Agency - Name of Agency _____  ☐ Other (Explain) _____

| 76. Distribution: Legal ④ C.I.D. | 77. Approved by Lt. R. Lisko 2915 | I.D. No. | 78. Div./Pct. VNS/03 | 79. Date Submitted 7-8-92 | 80. Status ☑ Closed ☐ Open |
|---|---|---|---|---|---|
| Date Printed Intell. Other | 81. Report Review 1035 | | 82. Reporting Area | 83. Approved Records Section JUL | |

Rev 10/86

94. Records Section 92-...1 p 1 5 0 1 3 3

BALTIMORE COUNTY POLICE
ARREST REPORT Form #166

**1. Defendant's Name** (Last, First, Middle): ROBINSON Ronald Raymond
**2. P.O.B.:** 112872
**3. B.C.I. No.:** N/A

**4. Sex:** M
**5. Race:** B
**6. Place of Birth:** BALT
**7. Defendant's Address:** 2318 Allendale Rd 21216
**8. Arrest No.:** 92-7518

**9. Age:** 19
**10. Ht.:** 5'6"
**11. Wgt.:** 170
**12. Build:** LG
**13. Hair:** BL
**14. Eyes:** BR
**15. Scars/Marks:** N/A
**16. Teeth:** Good
**17. Speech:** Good
**18. Mustache, Beard, Etc.:**
**19. Amp./Deform.:** N/A

**20. Occupation:** N/A
**21. Place of Employment/School and Address:** N/A
**22. Home Phone:** 367-2566
**23. Work Phone:** N/A
**24. Alias:** N/A

**25. Date of Arrest:** Day Fri Mo. 7 Day 3 Yr. 92
**26. Time:** 0035
**27. Location of Arrest (Address):** 1721 Reisterstown Rd.
**28. Describe Type of Premises:** Motel Lot

**29. Arresting/Accepting Off.:** Det Bonsall 1724
**30. Div./Pct.:** VNS/03
**31. C Date:** A. Mo. 7 Day 3 Yr. 92 Time 0200
**33. Person Contacted-Rec.Sect.:** Mc Fowler
**34. Transport Officer:** OFF Wensel

**35. Date Booked:** Mo. 7 Day 3 Yr. 92
**36. Time Booked:** 0200
**37. Booking Officer:** Det Bonsall 1724
**I.D. No.:**
**38. Div./Pct.:** VNS/03
**39. Searched By:** Det Bonsall 1724
**I.D. No.:**

**39.1 SBR:** S6
**40. Drug Information:**
A. [✓] User B. [ ] Seller — A. [ ] Dangerous Drugs B. [ ] — A. [✓] Narcotics B. [ ] — A. [ ] Hallucinogens — A. [ ] Marijuana

**DEFENDANT'S VEHICLE INFORMATION**
**41. Soundex No.:** R-152-744-730-908
**42. Social Security No.:** UNC

**43. Make:**
**44. Model:**
**45. Year:**
**46. Color(s):**
**47. V.I.N.:**
**48. License No.:** State Year

**49. Towed: (Name of Company, Address, Driver, Date and Time):**
**49a. T.T. Number:**
**49b. T.T. Cancelled:** Yes [ ] None [ ]

**50. Previous Arrest:** Yes [ ] No [ ]
**51. For Same Offense:** Balto. Co. [ ] Other Jur. [ ]
**52. For Other Offense:** Balto. Co. [ ] Other Jur. [ ]
**53. Escapee:** Yes [ ] No [ ]

**54. Presently on Parole/Probation:** Yes [ ] No [ ]
**55. Previous Conviction:** Yes [ ] No [ ]
**56. Right Index:**

**Item No. 57. Narrative:**
S6 omitted in error

**Print Cards Submitted:** Yes [ ] No [✓]

**58. Name of Officer Present During Processing:** Det Bonsall
**58.1 Strip Search:** Yes [ ] No [✓]
**Photographed:** Yes [✓] No [ ]

**59. Data Processing Use Only**

**COURT INFORMATION**

**60. CHARGE: Article/Section:** 27/790 Conspiracy to Dist Cocaine
**61. Warrant/Summons Citation Number:** Release w/o charge
**42. C E Number:** 92-185-0133
**63. Div. Pct.:** VNS/3
**64. Records Section Use:**

**66. Victim's Name:** RHC Prince? Wm. A D [ ]
**65.1 Off. Obtaining Trial Date:** N/A
**I.D. No.:**
**65.2 For Other Off.:** N/A
**I.D. No.:**

**65.3 Comm. Contacted Date Time:** N/A
**65.4 Two Optional Trial Dates:** N/A
**65.5 Off. Present During Bail Hearing:** N/A
**I.D. No.:**

**66. Bail Hearing:** Yes [ ] No [✓]
**67. Before Commissioner Name:**
**68. Date:** N/A
**69. Time:**
**70. Court Location:**

**71. Court Case No.:**
**72. Bail Amount:**
**73. Trial Date:** Mo. Day Year Time N/A
**74. Trial Location:**

**75. Status of Defendant:**
[ ] To Jail [ ] Released on Bail [ ] Released on Own Recognizance [✓] Released Without Charge
[ ] Arrested for Other Agency - Name of Agency _____ [ ] Other (Explain)

**76. Distribution:** Legal ① Data Process C.I.D. PG3-1 Intell. Int-1 Other CCU-1
**77. Approved By:** Cpl. R. Lisko 7915
**I.D. No.:** 7915
**78. Div./Pct.:** VNS/03
**79. Date Submitted:** 7-9-92
**80. Status:** [✓] Closed [ ] Open

**81. Report Review:** 1035
**82. Reporting Area:** JUL 5 1996
**83. Received Records Section:**

84. Records Section 92 1 8 5 0 1 3 3

Rev 10/86

BALTIMORE COUNTY POLICE
ARREST REPORT   Form #166

| 1. Defendant's Name (Last, First, Middle) | 2. D.O.B. | 3. Arrest No. |
|---|---|---|
| Johnson, Brian Antwuine | 9/16/71   181423 | 92-12638 |

7. Defendant's Address: 6 Rambling Oaks Way Apt F 21128

| 4. Sex | 5. Race | 6. Place of Birth | 7. |
|---|---|---|---|
| M | B | Balto | |

| Age | 10. Ht. | 11. Wgt. | 12. Build | 13. Hair | 14. Eyes | 15. Scars/Marks | 16. Teeth | 17. Speech | 18. Mustache/Beard, Etc. | 19. Amp./Deform. |
|---|---|---|---|---|---|---|---|---|---|---|
| 20 | 5-06 | 145 | Med | Blk | Brn | None | Good | Good | Yes | None |

| 20. Occupation | 21. Place of Employment/School and Address | 22. Home Phone | 24. Alias |
|---|---|---|---|
| Unemployed | N/A | 719-2940 | None |
| | | 23. Work Phone N/A | |

| 25. Date of Arrest | | | 26. Time | 27. Location of Arrest (Address) | | | |
|---|---|---|---|---|---|---|---|
| Day | Mo. | Yr. | | 901 Walker Ave 21204 | | Police Station | |
| Sun | 8 | 30 92 | 1630 | | | | |

| 28. Describe Type of Premises | 29. | | | |
|---|---|---|---|---|
| Police Station | | | | |

| 31. C | Date | 32. Time | 33. Person Contacted-Rec. Sect. | 34. Transport Officer |
|---|---|---|---|---|
| A Mo. Day Yr. | R 8 Tu 92 | 1640 | M/S Conway | N/A |

| 29. Arresting/Accepting Off. | I.D. No. | 30. Div./Pct. | | | 38. Div./Pct. | 39. Searched By | I.D. No. |
|---|---|---|---|---|---|---|---|
| S/A Griffin | 2962 | Pat/01 | | | | S/A Griffin | 296 |

| 35. Date Booked | | | 36. Time Booked | 37. Booking Officer | I.D. No. | |
|---|---|---|---|---|---|---|
| Mo. | Day | Yr. | 1630 | S/A Griffin | 2962 | Pat/01 |
| 8 | 30 | 92 | | | | |

| 39.1 SBR | 40. Drug Information | 41. Soundex No. | 42. Social Security No. | 48. License No. | State | Year |
|---|---|---|---|---|---|---|
| SBR | A. ☑ User   A. ☑ Dangerous Drugs   A. ☑ Narcotics   A. ☐ Hallucinogens   B. ☐ Marijuana | J (2) 098 007 719 | 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 | | | |
| | B. ☑ Seller   B. ☐ | | | | | |

DEFENDANT'S VEHICLE INFORMATION

| 43. Make | 44. Model | 45. Year | 46. Color(s) | 47. V.I.N. | 49a. T.T. Number | 49b. T.T. Cancelled Yes ☐ None ☐ |
|---|---|---|---|---|---|---|
| | | | | | | |

| 49. Towed. (Name of Company, Address, Driver, Date and Time) | 53. Escapes Yes ☐ No ☐ |
|---|---|
| | |

| 50. Previous Arrest | 51. For Same Offense | 52. For Other Offense | 56. Right Index |
|---|---|---|---|
| Yes ☐ No ☐ | Balto. Co. ☐ Other Jur. ☐ | Balto. Co. ☐ Other Jur. ☐ | |
| 54. Presently on Parole/Probation | 55. Previous Conviction | | |
| Yes ☐ No ☐ | Yes ☐ No ☐ | | |

| Item No. | 57. Narrative |
|---|---|
| | BCAC 27053 |
| | |
| | Control # 233074 |

Prin'l. Cards Submitted  ☑ Yes  ☐ No
Photographed  ☑ Yes  ☐ No

| 58. Name of Officer Present During Processing | 58.1 Strip Search Yes ☐ No ☑ |
|---|---|
| D Hines | |

COURT INFORMATION

| 59. Data Processing Use Only | 61. Warrant/Summons Citation Number Statement of Charges | 62. C C Number | 63. Div. Pct. | 64. Records Section Use |
|---|---|---|---|---|
| 60. CHARGE: Article/Section | | | | |
| Conspiracy to Dist Cocaine   27-290 | 713889 91 | 92050133 | Pat/01 | |

| 65. Victim's Name | A ☐ | 65.1 Off. Obtaining Trial Date | I.D. No. | 65.2 For Other Off. | I.D. No. |
|---|---|---|---|---|---|
| Balto Co | J ☐ | N/A | | N/A | |

| 65.3 Comm. Contacted Date Time | 65.4 Two Optional Trial Dates | 65.5 Off. Present During Bail Hearing | I.D. No. |
|---|---|---|---|
| N/A | N/A | L. Adelsberger | 3296 |

| 66. Bail Hearing | 67. Before Commissioner Name | 68. Date | 69. Time | 70. Court Location |
|---|---|---|---|---|
| ☑ Yes ☐ No | Dobbs | 8-30-92 | 28-40 | Catonsville |

| 71. Court Case No. | 72. Bail Amount | 73. Trial Date | Mo. Day Year | Time | 74. Trial Location |
|---|---|---|---|---|---|
| | $0 | Pending | | | Pending |

| 75. Status of Defendant | 78. Div./Pct. | 79. Date Submitted | 80. Status |
|---|---|---|---|
| ☐ To Jail   ☐ Released on Bail   ☑ Released on Own Recognizance   ☐ Released Without Charge   ☐ Other (Explain) | P.D. Pat/01 | 8/31/92 | ☑ 2 C ☐ Closed ☐ Open |
| ☐ Arrested for Other Agency - Name of Agency | | | |

| 76. Distribution: | 77. Approved By | I.D. No. | 82. Reporting Area | 83. Received Records Section |
|---|---|---|---|---|
| Legal | Sgt. J Schneider 2196 | | | SEP 02 1992 |
| Data Process CCU | 81. Report Review | | | |
| C.I.D. | | | | |
| Intell | | | | |
| Other F I C I | | | | |

Rev 10/86

84. Records Section 9 2 1 8 5 0 4 3 3

## BALTIMORE COUNTY POLICE DEPARTMENT
### PROPERTY INVENTORY

CC NUMBER ___921850133___

DATE OF CC NO. ___7/3/92___

N.C.I.C.   YES ___ NO ___

CRIME LAB RESULTS:

STATION ___01___

Positive ___ Negative ___

( This section for the use of the Property Room only )

RECEIVED BY _____

RECEIVED FROM _____

DATE AND TIME RECEIVED

WHERE STORED _____

PROPERTY RECEIVED OR RECOVERED:  DATE ___8/70___ 19 _92_  TIME _1630_

PRISONER ___Jordan Brian A___  ___Co Ramsing Oaks Apt E 1228___  AGE _20_
                  ( Name )                    ( Address )

TAKEN OR OBTAINED FROM ___Sam___              _____ ( Address )
                              ( Name )

OWNER OR CLAIMANT ___Sam___         ( Address )         ( Telephone )
                        ( Name )

FOUND OR RECOVERED AT ___PC-01___      ( Number And Street )

REMARKS: _____

CHECK ONE OF THE FOLLOWING:     (Lost & Found)     (Prisoner's or Victim's only)     (All confiscated property)
                                 ABANDONED ☐        SAFEKEEPING ☑                    EVIDENCE ☐

PHOTOGRAPHED   YES ___ NO ☐

TYPE OF INCIDENT ___CDS___         INVESTIGATING OFFICER _____ 29-42

NOTE: Item numbers must run consecutively.

| DIST. CODE | ITEM NO. | QUAN. | ARTICLE | DESCRIPTION OF PROPERTY (Including Identification marks) | PROPERTY ROOM USE |
|---|---|---|---|---|---|
| 08 | 1 | 1 | Currency | $250.00 in US Currency | |
| 08 | 2 | 1 | Pager | Motorola Pager | |
| 08 | 3 | 1 | Coins | 45¢ in US. Coins | |
| 08 | 4 | 1 | Watch | Guess Watch | |
| 08 | 5 | 1 | Keys | Key Chain w/ keys | |
| | | | | Brian Johnson | |

The above named property has been marked for identification by the undersigned in the following manner: ___BCJ___

DIST./ DIV. CODE:
01-Investigative
03-Towson
04-Cockeysville
05-Garrison
07-Woodlawn
08-Wilkens

10-Dundalk
11-Essex
12-Fullerton
13-Edgemoor
14-Parkville
15-Eastern Traffic

16-Central Traffic
17-Western Traffic
18-K-9
19-P.R.L.
20-Training
21-Administrative

22-Central Records
23-Data Processing
24-Communications
25-Jail
26-Intelligence
27-Tactical

28-Crime Lab
29-Crime Reduc.
30-Narcotics
31-Vice

APPROVED BY: ___Sgt. J. Schaefer 2126___   SEP 02 1992   _____ 29-42

FORM 615 REV. 6/87

ORDER FOR PROBATION

(Under Article 27-Section 641A - After Judgment of Conviction)

EXHIBIT 2        STATE OF MARYLAND                    IN THE

                 VS.                          CIRCUIT COURT FOR BALTIMORE COUNTY
         BRIAN JOHNSON                        CRIMINAL CASE NO. 92 CR 2443

It is ORDERED, this 2ND day of *Jan.* , 19 93 , by the Circuit Court for Baltimore County, by virtue of the authority conferred upon it by the laws of the State of Maryland, that ☐ the imposition of sentence is suspended, or ☐ the execution of the sentence of 2 YEARS DUC, ALL     has been suspended for the offense of CONSPIRACY TO DIST. CDS    , and the defendant is hereby released on probation ☒ under supervision of the Maryland Division of Parole and Probation ☐ without supervision for a period of 2 YEARS          , effective this 2ND day of *Jan.* , 19 93 , subject to the following conditions:

1) Report to his Probation Agent as directed and follow his lawful instructions;
2) Work or attend school regularly as directed by his Probation Agent;
3) Get permission from his Probation Agent before:
   a) changing his home address;
   b) changing his job;
   c) leaving the State of Maryland;
   d) owning, possessing, using or having under his control any dangerous weapon or firearm of any description;
4) Obey all laws;
5) Notify his Probation Agent at once if arrested;
6) Permit his Probation Agent to visit his home;
7) Appear in Court when notified to do so;
8) Shall not illegally possess, use or sell any narcotic drug, "controlled dangerous substance" or related paraphernalia;
9) Shall ☐ pay through the Division of Parole and Probation ☐ shall pay direct to _____ the sum of $ _____ as follows:
   ☒ Court costs of $ 750    ;
   ☐ Fine of $ _____ ;
   ☐ Attorney fee of $ _____ to _____
      whose address is _____ ;
   ☐ Restitution of $ _____ to _____
      whose address is _____ ;
   In such installments as the Division shall determine and direct.
   or _____
   In installments of $ _____ per _____
10) Special Conditions as follows: PAY CT COSTS, PAY PROB COST.

Your first appointment with your Probation Agent is: _____ 19 ___
and the place to report is 17 W. PENN. AVE.     Your failure to report could result in your arrest. TOWSON, MD 21204

                                              _____
                                                    JUDGE

                              CONSENT
I have read, or have had explained to me, the above conditions of probation. I understand these conditions and agree to follow them. I understand that if I do not follow these conditions I could be returned to Court, charged with Violation of Probation.

Signed this 2ND day of *Jan.* , 19 93 .   DEFENDANT _____

WITNESS _____

The foregoing conditions of probation were reviewed, in my presence, with my client the above-signed defendant, who fully understood and agreed to them.

Original: Court File
Copies:   Probationer                        ATTORNEY _____
          Division of Parole/Probation

JOHNSON, Brian A.                                        Page 14
Docket No. 98-00283-A

PART B.  CRIMINAL HISTORY

  Juvenile Adjudications

91.  The probation officer has found no evidence of any prior
     juvenile offense history for this defendant.

  Adult Criminal Convictions

| | Date of Arrest/Age | Conviction/ Jurisdiction | Date Sentence Imposed/ Disposition |
|---|---|---|---|
| 92. | 08-30-92 (Age 20) | Conspiracy to Distribute Controlled Dangerous Substance (#92CR2443) | 01-20-93: 2 years incarceration, suspended for 2 years probation |
| | | Circuit Court, Baltimore Co., MD | |

     The defendant did have attorney representation
     in this case.  According to the charging
     document, on July 3, 1992, the defendant
     conspired with Ronald R. Robinson to
     distribute Schedule I or II controlled
     dangerous substances.  No further information
     was provided by Baltimore authorities.  It is
     noted that this offense is considered relevant
     conduct in the instant conspiracy.

     According to Court and probation records, the
     defendant's probation case was closed upon
     expiration on January 20, 1995.

  Excluded Convictions - Traffic Infractions

| | | | |
|---|---|---|---|
| 93. | 11-27-92 (Age 21) | 1) Speeding greater than reasonable (#OM690779) 2) Failure to obey traffic device (#OM690780) 3) Seat belt violation (#OM690783) | 01-08-93: 1) 6 months probation before judgment, $50 fine, $15 costs 2) 6 months probation before judgment, $50 fine, $15 costs 3) 6 months probation before judgment, $25 fine, $15 costs |
| | | District Court, Baltimore City, MD | |

     Details of the offense were not
     available.  Maryland Rule 719 or Rule 4-
     213 entitles all defendants to notice of
     the right to be represented by counsel
     and to have counsel appointed if indigent

Disguise Proceeds of Specified Unlawful Activity
(Ct.4:1/10/94),(Ct.5:2/8/94),(Ct.6:3/14/99),
(Ct.7:5/21/94), (Ct.8:6/25/94)
(4s-7s)

Supervised Release w/special conditions, to be served concurrently; S/A $100.00 per count

## Highest Offense Level (Opening)

Felony

| Terminated Counts | Disposition |
|---|---|
| 18:1956(h) CONSPIRACY to Commit Money Laundering (09/25/97) (1) | |
| (18:1956-9999.F)18 USC 1956(h) CONSPIRACY to Commit Money Laundering (Ct.1:7/92)) (1s) | BOP for 240 Months; 5 Yrs Supervised Release w/special conditions; S/A $100.00 |
| 18:1956(a)(1)(B)(i) MONEY LAUNDERING (06/13/97) (2) | |
| (21:841A=ND.F)21 USC sec.841(a)(1) and 846 CONSPIRACY to Possess and Distribute More than 50 Grams of Crack Cocaine (Ct.2:7/92)) (2s) | BOP for Life Imprisonment, to be served concurrently w/Count 1s; 10 Yrs Supervised Release w/special conditions, to be served concurrently w/Count 1s; S/A $100.00 |
| 18:1956(a)(1)(B)(I) and 18:2 MONEY LAUNDERING (Ct.3:01/10/94) (Ct.4:02/08/94) (Ct.5:03/14/94) (Ct.6:05/21/94) (Ct.7:06/25/94) (3-7) | |
| (18:1956-4999.F) 18 USC 1956(a)(1)(B)(I) and 2. MONEY LAUNDERING with Intent to Conceal and Disguise Proceeds of Specified Unlawful Activity (Ct.4:1/10/94),(Ct.5:2/8/94),(Ct.6:3/14/99), (Ct.7:5/21/94), (Ct.8:6/25/94) (8s) | Dismissed upon Motion of the United States |

## Highest Offense Level (Terminated)

Felony

| Complaints | Disposition |
|---|---|
| None | |

---

**Plaintiff**

USA
*TERMINATED: 07/30/1998*

represented by **Gordon D. Kromberg**
United States Attorney's Office
2100 Jamieson Ave
Alexandria, VA 22314
(703)299-3700
Email: gordon.kromberg@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/30/1998 | 1 | INDICTMENT, a true bill, returned in open court before LMB as to Brian Antwanine Johnson (1) count(s) 0, 1, 2, 3-7. Warrant issued as to deft. Counsel appointed & notified of arraignment. (clerk) (Entered: 07/31/1998) |

DOTHY TOHNSON

FEDERAL CORRECTIONAL INSTITUTION
RAY BROOK

P.O. BOX 900
RAY BROOK, NY 12977



SEP 17 2018
USPS · 12977-9998
12977

TO THE HONORABLE JUDGE LEONIE M. BRINKEMA

⇔33822-037⇔

401 Courthouse SQ
Eastern Dist. OF VA
Alexandria, VA 22314
United States

U.S. MARSHALS INSPECTED

FCI RAY BROOK
P.O. BOX 300 RAY BROOK, NEW YORK

DATE:  9-17-18

"The enclosed letter was processed through special mailing
procedures for forwarding to you. The letter has neither been
opened nor inspected. If the writer raises a question or problem
over which this facility has jurisdiction, you may wish to return the
material for further information or clarification. If the writer
enclosed correspondence for forwarding to another address, please