IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | 1:98-cr-283 (LMB) |
| ) | |
| BRIAN ANTWANINE JOHNSON, ) | |
| Defendant. ) | |

## ORDER

The Court has received a letter from defendant, pro se, protesting that his January 2000 conviction for conspiracy to distribute narcotics and money laundering, for which he received a life sentence,[1] was "fabricated by the prosecution team ... from start to finish." He requests not that his conviction be vacated, but rather that the Court send "a letter of support, recommendation and encouragement" to President Trump on behalf of defendant's pending clemency petition. The record at this time is insufficient to support any response by the Court. Accordingly, it is hereby

ORDERED that defendant's letter [Dkt. No. 167], which the Court construes as a motion for miscellaneous relief, be and is DENIED WITHOUT PREJUDICE.

To appeal this decision, defendant must file a written notice of appeal within fourteen (14) days of the date of entry of this Order with the Clerk of the Court.

The Clerk is directed to forward copies of this Order to counsel of record and to defendant, pro se.

Entered this 21st day of September, 2018.

Alexandria, Virginia

/s/ 
Leonie M. Brinkema
United States District Judge

---

[1] For a discussion of Johnson's conviction and sentencing, as well as his history of postconviction challenges, see Order [Dkt. No. 160].